# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| SARA L. CONNER | ) CIVIL ACTION NO. 15-1649 |
| | ) |
| VERSUS | ) JUDGE HAIK |
| | ) |
| TANIA NANNA, THE UNITED STATES DEPARTMENT OF AGRICULTURE, AND SECRETARY TOM VILSACK | ) MAGISTRATE JUDGE HILL ) ) ) |

## ORDER

Considering Defendants' Motion to Dismiss Improper Party Defendants and Substitute Proper Party Defendant, the law and evidence being in favor thereof:

**IT IS ORDERED** that the Motion filed by the Defendants is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the **United States of America** be substituted as the proper party Defendant for Tania Nanna, the United States Department of Agriculture and Secretary Tom Vilsack, named Defendants.

**IT IS FURTHER ORDERED** that Tania Nanna, the United States Department of Agriculture and Secretary Tom Vilsack, named Defendants, are hereby dismissed with prejudice from this proceeding.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this __5__ day of August, 2015.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE